## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Horne, Victoria A

Printed: 12/13/07

Case Number: 07 B 01920
Judge: Wedoff, Eugene R
Filed: 2/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  December 12, 2007
Confirmed:  May 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 920.00 |  |
| Secured: |  | 460.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 410.32 |
| Trustee Fee: |  | 49.68 |
| Other Funds: |  | 0.00 |
| Totals: | 920.00 | 920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,274.00 | 410.32 |
| 2. | Corporate America Family CU | Secured | 19,187.28 | 400.00 |
| 3. | Continental Furniture | Secured | 101.38 | 60.00 |
| 4. | AT&T Wireless | Unsecured | 44.00 | 0.00 |
| 5. | Oliphant Financial Corporation | Unsecured | 44.00 | 0.00 |
| 6. | Corporate America Family CU | Unsecured | 0.08 | 0.00 |
| 7. | Plains Commerce Bank | Unsecured | 40.64 | 0.00 |
| 8. | Midnight Velvet | Unsecured | 10.70 | 0.00 |
| 9. | Debt Recovery Solutions | Unsecured | 9.08 | 0.00 |
| 10. | Great Seneca | Unsecured | 94.79 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 16.21 | 0.00 |
| 12. | B-Line LLC | Unsecured | 176.39 | 0.00 |
| 13. | Ginny's | Unsecured | 25.59 | 0.00 |
| 14. | Citi-Bp Oil | Unsecured | | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 16. | Credit Bureau Data Inc | Unsecured | | No Claim Filed |
| 17. | First Premier | Unsecured | | No Claim Filed |
| 18. | First Bank Of Delware | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 21. | ICS | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 24. | Aspen/Fb&T | Unsecured | | No Claim Filed |
| 25. | Presidio/CM | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Horne, Victoria A

Printed:  12/13/07

Case Number:  07 B 01920

Judge:  Wedoff, Eugene R

Filed:  2/6/07

| | | | |
|---|---|---|---|
| 26. | West Asset Management | Unsecured | No Claim Filed |
| 27. | University Of Phoenix | Unsecured | No Claim Filed |
| 28. | Statewide Credit Assn., Inc. | Unsecured | No Claim Filed |
| 29. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 30. | Statewide Credit Assn., Inc. | Unsecured | No Claim Filed |
| 31. | Plaza Associates | Unsecured | No Claim Filed |

_____          _____

$ 22,024.14          $ 870.32

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 49.68 |

_____

$ 49.68

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: